**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**MICHAEL BOLES,**

    **Plaintiff,**

CASE NO:2:16-CV-650-FTM-99MRM

vs.

**HAVEN FORT MYERS, LLC,** a
**Florida Limited Liability Company,**
**HAVEN HOSPITALITY CONCEPTS,**
**LLC, a Delaware Limited Liability**
**Company, EC SQUARED, LLC, a**
**Florida Limited Liability Company,**
**CHUCK THAKKAR, Individually,**
**BRAD COZZA, Individually, NILOY**
**THAKKAR, Individually, and**
**SOLANI THAKKAR, Individually,**

    **Defendants.**

_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND**
**CORPORATE DISCLOSURE STATEMENT**

  I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporation, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

  1.  MICHAEL BOLES - Plaintiff

  2.  Morgan & Morgan, P.A. – Counsel for Plaintiff

  3.  C. Ryan Morgan, Esq. - Counsel for Plaintiff

  4.  HAVEN FORT MYERS, LLC - Defendant

      5.      HAVEN HOSPITALITY CONCEPTS, LLC - Defendant

      6.      EC SQUARED, LLC - Defendant

      7.      Chuck Thakkar - Defendant

      8.      Brad Cozza - Defendant

      9.      Niloy Thakkar - Defendant

      10.     Solani Thakkar - Defendant

      11.     Daniel R. Levine, Esq. – Counsel for Defendants

      12.     Padula Bennardo Levine, LLP – Counsel for Defendants

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

      1.      None known.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

      1.      None other than the persons identified in 1.) above.

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

      1.      MICHAEL BOLES

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated this 6th day of September 2016.

        **/s/ C. RYAN MORGAN**
        C. Ryan Morgan, Esquire
        FBN 0015527
        Morgan & Morgan, P.A.
        20 N. Orange Ave., 14th Floor
        P.O. Box 4979
        Orlando, FL 32802-4979
        Telephone:  (407) 420-1414
        Facsimile:   (407) 245-3401
        Email: RMorgan@forthepeople.com
        Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 6, 2016 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Daniel R. Levine, Esq., Padula Bennardo Levine, LLP, 101 Plaza Real South Suite 207, Boca Raton, FL  33432, Telephone:561-544-8900, E-mail: DRL@PBL-Law.com, Attorney for Defendants.

        **/s/ C. RYAN MORGAN**
        C. Ryan Morgan, Esq.