UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**MICHAEL BOLES,**

      **Plaintiff,**

vs.

**CASE NO:2:16-CV-650-FTM-99MRM**

**HAVEN FORT MYERS, LLC, a
Florida Limited Liability Company,
HAVEN HOSPITALITY CONCEPTS,
LLC, a Delaware Limited Liability
Company, EC SQUARED, LLC, a
Florida Limited Liability Company,
CHUCK THAKKAR, Individually,
BRAD COZZA, Individually, NILOY
THAKKAR, Individually, and
SOLANI THAKKAR, Individually,**

      **Defendants.**

_____/

## JOINT REPORT REGARDING SETTLEMENT

The parties, by and through the undersigned counsel and pursuant to this Court's Scheduling Order (D.E. 11), hereby jointly file their Report Regarding Settlement in this matter. The parties advise the Court that they:

_____ Have settled the case and will file settlement documents within twenty-one (21) days from the date of this Report.

_____ Have not settled the case but wish to continue settlement discussions for an additional fourteen (14) days.

_____ Wish to engage in a formal mediation conference.

_____ Request a settlement conference before a United States Magistrate Judge.

__X__ Have exhausted all settlement efforts and will file a Case Management Report within seven days.

1

Respectfully submitted this 30th day of November, 2016.

| **/s/ C. RYAN MORGAN**          | **/s/ DANIEL R. LEVINE**        |
|---------------------------------|---------------------------------|
| C. Ryan Morgan, Esq.            | Daniel R. Levine, Esq.          |
| Florida Bar No.: 0015527        | Florida Bar No.: 57861          |
| MORGAN & MORGAN, P.A.           | Padula Bennardo Levine, LLP     |
| 20 N. Orange Ave., 14th Floor   | 101 Plaza Real South  Suite 207 |
| P.O. Box 4979                   | Boca Raton, FL  33432           |
| Orlando, FL 32802-4979          | Telephone: (561) 544-8900       |
| Phone:  (407) 420-1414          | Fax: (561) 544-8999             |
| Fax: (407) 245-3401             | E-mail: DRL@PBL-Law.com         |
| Email: rmorgan@forthepeople.com | *Attorney for Defendants*       |
| *Attorneys for Plaintiff*       |                                 |