UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL BOLES,

    Plaintiff,

vs.

HAVEN FORT MYERS, LLC, a
Florida Limited Liability Company,
HAVEN HOSPITALITY
CONCEPTS, LLC, a Delaware
Limited Liability Company, EC
SQUARED, LLC, a Florida Limited
Liability Company, CHUCK
THAKKAR, Individually, BRAD
COZZA, Individually, NILOY
THAKKAR, Individually, and
SOLANI THAKKAR, Individually,

    Defendants.
_____/

CASE NO:2:16-CV-650-FTM-99MRM

## PLAINTIFF'S RESPONSE IN OPPOSITION TO KOZYAK TROPIN & THROCKMORTON, LLP'S MOTION FOR LEAVE OF COURT TO WITHDRAW AS COUNSEL TO DEFENDANTS

Plaintiff, MICHAEL BOLES, hereby files his Response in Opposition to Kozyak Tropin & Throckmorton, LLP's Motion for Leave of Court to Withdraw as Counsel to Defendants [D.E. 38] (hereinafter "Motion") and states as follows:

1. On June 13, 2017, with less than two months remaining in the discovery period, Kozyak Tropin & Throckmorton, LLP (hereinafter "Kozyak") filed their Motion seeking to withdraw as counsel for all Defendants.

2. This Court should deny Kozyak's Motion. If Kozyak is allowed to withdraw as counsel this would leave three corporate entities without counsel in violation of this Court's Local Rules. *See* Local Rule 2.03(e).

3. Currently four depositions of the four individual Defendants are set for July 11, 2017. If this Court allows Defendants thirty (30) days to seek new counsel (as the Motion requested) then the corporate entities will have no legal representation at the depositions currently set for July 11, 2017, which would also be in violation of Local Rule 2.03(e).

4. Additionally, allowing Kozyak to withdraw before the corporate Defendants retain new counsel will cause delay, prejudice and difficulties to Plaintiff and this Court. *See Alfonso v. Straight Line Installations, LLC*, Case No. 6:08-cv-1842-MSS-DAB (M.D. Fla. April 9, 2009) (denying counsel for defendants' request to withdraw because it would violate Local Rule 2.03(e) and result in difficulties for other Parties and the Court).

5. As such, this Court should deny the Motion until the corporate Defendants have already retained new counsel.

WHEREFORE, Plaintiff respectfully requests this Court deny Kozyak's Motion and to grant any other relief which is just and proper.

Respectfully submitted this 13th day of June, 2017.

/s/ C. RYAN MORGAN
C. Ryan Morgan, Esquire
FBN 0015527
Morgan & Morgan, P.A.

20 N. Orange Ave., 14th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone: (407) 420-1414
Facsimile: (407) 245-3401
Email: RMorgan@forthepeople.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 13, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ C. RYAN MORGAN
C. Ryan Morgan, Esq.