UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL BOLES,

    Plaintiff,

vs.

CASE NO:2:16-CV-650-FTM-99MRM

HAVEN FORT MYERS, LLC, a Florida Limited Liability Company, HAVEN HOSPITALITY CONCEPTS, LLC, a Delaware Limited Liability Company, EC SQUARED, LLC, a Florida Limited Liability Company, CHUCK THAKKAR, Individually, BRAD COZZA, Individually, NILOY THAKKAR, Individually, and SOLANI THAKKAR, Individually,

    Defendants.
_____/

### PLAINTIFF'S MOTION FOR COURT'S DEFAULT AND INCORPORATED MEMORANDUM OF LAW

Plaintiff, MICHAEL BOLES, by and through the undersigned counsel and pursuant to Rule 55 of the Federal Rules of Civil Procedure, hereby moves for the entry of a default against Defendants for failure to comply with this Court's order and failure to defend this action and state as follows:

1.     This matter was filed on July 22, 2016 in the Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida, Case No. 16-CA-002578, to recover unpaid wages and minimum wage pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201 and Florida law.

2. On August 24, 2016, Defendants filed a Notice of Removal requesting removal of this matter from Circuit Court of the Twentieth Judicial Circuit in and for Lee County, Florida to this Court. *See* D.E. 1

3. The matter was removed from State Court and docketed in this Court on August 24, 2016. *See* D.E. 2

4. On June 13, 2017, counsel for the Defendants filed a Motion to Withdraw as Counsel for the Defendants. *See* D.E. 38. This Court granted the withdrawal on June 19, 2017 and Defendants were given thirty (30) days to secure new counsel and file a notice of appearance. *See* D.E. 41. In its Order, this Court specifically stated that if any Defendant failed to secure new counsel or notify the Court of their intent to proceed *pro se*, then the Court would recommend a default be entered against any Defendant. *Id.* at pp. 3-4.

5. The deadline for Defendants to secure new counsel or notify the Court of their intent to proceed *pro se* was July 19, 2017 and to date, no Defendant has complied with this Court's Order.

6. Defendants' complete disregard for this Court's Order shows they have abandoned their defense of this lawsuit. Thus, it is proper for this Court to declare the Defendants in default for failure to comply with a Court's Order and failure to defend this case.

7. Therefore, Plaintiff moves this Court to issue an Order declaring Defendants to be in default and to allow Plaintiff through August 11, 2017 to file a

motion for final default judgment with accompanying affidavits and exhibits to support the damages being sought by Plaintiff.

## MEMORANDUM OF LAW

Here, this Court previously warned Defendants that if they did not secure new counsel or notify the Court of their intent to proceed *pro se* that the Court would recommend defaulting the offending Defendants. *See* D.E. 41 at pp. 3-4. Defendants were given thirty (30) days to comply but have failed to comply. This Court should declare Defendants to be in default for failure to obey a court's order and has the authority to do so under the Federal Rules of Civil Procedure. *See State Farm Mutual Automobile Insurance Company v. Epright*, 2016 WL 626135, *1 (M.D. Fla. Feb. 17, 2016) ("Fed. R. Civ. P. 16(f) and 37(b)(2) empower the court to sanction a party for failure to obey a scheduling order or other pretrial order, including striking an answer or issuing a default order against the offending party."); *see also ING Bank, FSB v. First Continental Mortgage, Inc.*, 2011 WL 1776556, *2 (M.D. Fla. 2011); *Farris v. United Hoist Equipment, Inc.*, 2008 WL 5381902, *2 (M.D. Fla. 2008); and *Hernandez v. H.O.N. Construction Company*, 2009 WL 790122, *2 (S.D. Fla. 2009) ("Failure to obey a court's order constitutes sufficient grounds for a default judgment.")

This Court should declare Defendants to be in default, and allow Plaintiff to subsequently file a Motion for Default Final Judgment to recover his damages sought. Plaintiff request he be given until August 11, 2017 to file his Motion for Default Final Judgment.

WHEREFORE, Plaintiff, MICHAEL BOLES, respectfully request that this Court grant this Motion and declare Defendants to be in default and to allow Plaintiff up to August 11, 2017 to file a Motion for Default Final Judgment, and to award any other relief that is just and proper.

Respectfully submitted this 21st day of July, 2017.

/s/ C. RYAN MORGAN
C. Ryan Morgan, Esquire
FBN 0015527
Morgan & Morgan, P.A.
20 N. Orange Ave., 14th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:  (407) 420-1414
Facsimile:  (407) 245-3401
Email:       rmorgan@forthepeople.com
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 21, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants: HAVEN FORT MYERS, LLC, C/O EC SQUARED, LLC, REGISTERED AGENT, EC SQUARED, LLC AND BRAD COZZA at 13379 McGregor Blvd., Ft. Myers, FL 33919, NILOY THAKKAR at 900 Biscayne Blvd., #2301, Miami Beach, FL 33132, SOLANI THAKKAR AND CHUCK THAKKAR at 17885 Collins Ave., #4001, Sunny Isles Beach, FL 33160, HAVEN

HOSPITALITY CONCEPTS, LLC, c/o Corporation Service Company, Registered Agent, 2711 Centerville Rd., Ste 400, Wilmington, DE 19808, this 21st day of July 2017.

/s/ **C. RYAN MORGAN**
C. Ryan Morgan, Esq.