Case 2:16-cv-00650-SPC-MRM   Document 46   Filed 07/25/17   Page 1 of 3 PageID 192

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

MICHAEL BOLES,

    Plaintiff,

v.   Case No:   2:16-cv-650-FtM-38MRM

HAVEN FORT MYERS, LLC, HAVEN HOSPITALITY CONCEPTS, LLC, EC SQUARED, LLC, CHUCK THAKKAR, BRAD COZZA, NILOY THAKKAR and SOLANI THAKKAR,

    Defendants.

/

## ORDER TO SHOW CAUSE

This cause comes before the Court on the June 19, 2017 Order (Doc. 41) granting Kozyak Tropin & Throckmorton, LLP's Motion for Leave of Court to Withdraw as Counsel for Defendants (Doc. 38) construed as a motion for attorneys Vincent Frank Alexander and Charles Withers Throckmorton to withdraw as counsel and Plaintiff's Motion for Court's Default (Doc. 45) filed on July 21, 2017.

On June 19, 2017, the Court allowed Attorneys Vincent Frank Alexander and Charles Withers Throckmorton to withdraw as counsel for Defendants. (Doc. 41 at 4).  In light of that ruling, the Court allowed the individual Defendants – Chuck Thakkar, Brad Cozza, Niloy Thakkar, and Solani Thakkar – thirty (30) days from the date of the Order to secure new counsel and have counsel file a notice of appearance, or to notify the Court of their intent to proceed *pro se*.  (*Id.*).  Additionally, the Court allowed the corporate Defendants – Haven Fort Myers, LLC, Haven Hospitality Concepts, LLC, and EC Squared, LLC – thirty (30) days from the date of the Order to secure new counsel and have counsel file a notice of appearance.  (*Id.*).  The Court

warned all Defendants, however, that the failure by any Defendant to comply with the Order would result in the Undersigned recommending that a default be entered against that Defendant. (*Id.*).

Since that time, no Defendant has filed anything in this action, and the time to do so has passed.

Additionally, in light of Defendants' inaction, Plaintiff filed his Motion for Court's Default (Doc. 45). In his Motion, Plaintiff seeks an Order declaring Defendants to be in default and allowing Plaintiff until August 11, 2017 to file a Motion for Default Final Judgment. (*Id.* at 4).

Based upon the failure by all Defendants to comply with the Court's June 19, 2017 Order (Doc. 41), the Court hereby **ORDERS** as follows:

1) **No later than August 7, 2017**, all Defendants must show cause why they failed to comply with the June 19, 2017 Order (Doc. 41).

2) Additionally, **no later than August 7, 2017**, the individual Defendants – Chuck Thakkar, Brad Cozza, Niloy Thakkar, and Solani Thakkar – must secure new counsel and have counsel file a notice of appearance, or notify the Court of their intent to proceed *pro se*.

3) Similarly, **no later than August 7, 2017**, the corporate Defendants – Haven Fort Myers, LLC, Haven Hospitality Concepts, LLC, and EC Squared, LLC – must secure new counsel and have counsel file a notice of appearance.

4) Further, **no later than August 7, 2017**, all Defendants must file a response to Plaintiff's Motion for Court's Default (Doc. 45).

5) Failure by any Defendant to comply with this Order may cause the Court to enter a default against that Defendant.

**DONE AND ORDERED** in Fort Myers, Florida on July 25, 2017.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties