## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

**MICHAEL BOLES,**

        **Plaintiff,**

vs.

CASE NO:2:16-CV-650-FTM-99MRM

**HAVEN FORT MYERS, LLC,** a
Florida Limited Liability Company,
**HAVEN HOSPITALITY CONCEPTS,
LLC,** a Delaware Limited Liability
Company, **EC SQUARED, LLC,** a
Florida Limited Liability Company,
**CHUCK THAKKAR, Individually,
BRAD COZZA, Individually, NILOY
THAKKAR, Individually, and
SOLANI THAKKAR, Individually,**

        **Defendants.**

_____/

### PLAINTIFF'S NOTICE OF ACCEPTANCE OF
### DEFENDANTS' OFFER OF JUDGMENT

On January 5, 2018, Defendants served their Offer of Judgment on Counsel for Plaintiff. A copy of Defendants' Offer of Judgment is attached as Exhibit "A." Plaintiff, MICHAEL BOLES, notifies this Honorable Court that Defendants' Offer of Judgment is ACCEPTED, and requests that this Court enter judgment for the Plaintiff as described in the Offer of Judgment.

DATED this 8th day of January, 2018.

        **/s/ C. RYAN MORGAN**
        C. RYAN MORGAN, ESQ.
        Florida Bar No. 0015527
        MORGAN & MORGAN, P.A.
        20 N. Orange Ave., 14th Floor
        Orlando, FL 32802-4979
        Phone: (407) 420-1414
        Fax: (407) 245-3401
        Email: rmorgan@forthepeople.com
        **Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 8, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to the following: Lowell J. Kuvin, Esq., Law Office of Lowell J. Kuvin, LLC, 17 E. Flagler Street, Suite 223, Miami, FL 33131, Telephone: (305) 358-6800, Fax: (305) 358-6808, E-mail:lowell@kuvinlaw.com, *Attorney for Defendants.*

**/s/ C. RYAN MORGAN**
C. Ryan Morgan, Esq.