UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No.: 2:16-cv-650-FtM-99MRM

MICHAEL BOLES,

    Plaintiff,

vs.

HAVEN FORT MYERS, LLC, a Florida Limited Liability Company, HAVEN HOSPITALITY CONCEPTS, LLC, a Delaware Limited Liability Company, EC SQUARD, LLC, a Florida Limited Liability Company, CHUCK THAKKAR, Individually, BRAD COZZA, Individually, NILOY THAKKAR Individually, and SALONI THAKKAR Individually,

    Defendants.
_____/

## DEFENDANTS' OFFER OF JUDGMENT TO PLAINTIFF, MICHAEL BOLES

Defendants, HAVEN FORT MYERS, LLC, a Florida Limited Liability Company, HAVEN HOSPITALITY CONCEPTS, LLC, a Delaware Limited Liability Company, EC SQUARED, LLC, a Florida Limited Liability Company, CHUCK THAKKAR, Individually, BRAD COZZA, Individually, NILOY THAKKAR, Individually, and SOLANI THAKKAR, Individually (collectively "Defendants"),, pursuant to Rule 68 of the Federal Rules of Civil Procedure, offer to allow judgment to be taken by Plaintiff, MICHAEL BOLES ("Plaintiff") to the effect specified below in this offer.  Plaintiff has fourteen (14) days after service of this offer to serve written notice that the offer is accepted.  Defendants' offer to allow judgment to be taken as follows:

To resolve all claims for relief requested by Plaintiff, Defendants' offer to allow judgment to be taken against them in the gross amount of **thirty-two thousand dollars and**

**00/100** ($32,000.00) inclusive of all wages, benefits, any and all other monetary damages (including liquidated damages), and other relief of any nature whatsoever including Plaintiff's attorney's fees, costs and expenses incurred by Plaintiff's attorneys in bringing this claim and as stated in Plaintiff's operative Complaint.

This Offer of Judgment is made for the purposes specified in Fed. R. Civ. P. 68, including to avoid the costs and other expenses of litigation, and is not to be construed either as an admission that Defendants are liable to Plaintiff on any claims alleged in the above-styled litigation, which have been and are disputed, or that Plaintiff has suffered any damages as alleged in this litigation.

If Plaintiff accepts the offer within fourteen (14) days after service of this Offer of Judgment and gives written notice thereof to counsel for Defendants, then any party may file the Offer of Judgment and notice of acceptance together with proof of service thereof with the Court, and the Court is authorized to enter judgment in accordance therewith. This Offer of Judgment may not be filed with the Court under any other conditions unless otherwise provided for below or permitted. Evidence of this Offer of Judgment shall be inadmissible in this or any other proceeding for any purpose other than to enforce an accepted offer.

In the event Plaintiff or Plaintiff's counsel is in need of clarification with respect to the above-mentioned Offer of Judgment, then such requested clarification should be made in writing. If no such request is made, Defendants shall conclude that no clarification is necessary and that all terms and conditions required by Fed. R. Civ. P. 68 have been clearly outlined above.

THIS SPACE INTENTIONALLY LEFT BLANK

Respectfully submitted this 5th day of January, 2018.

                                              Respectfully submitted,
                                              /s/ Lowell J. Kuvin
                                              Lowell J. Kuvin, Esquire
                                              Florida Bar Number: 53072
                                              Law Office of Lowell J. Kuvin, LLC.
                                              17 East Flagler Street, Suite 223
                                              Miami, Florida 33130
                                              Tel: 305-358-6800
                                              Fax: 305-358-6808
                                              E-mail: lowell@kuvinlaw.com
                                              ***Attorney for Defendants***

CERTIFICATE OF SERVICE

**I CERTIFY** that this document was served upon Ryan Morgan, Esq., attorney for Plaintiff on January 5, 2018 by email and by Certified Mail to the address listed in the Service List.

Service List

**C. Ryan Morgan, Esq.**
Fla. Bar No.: 0015527
*Morgan & Morgan, P.A.*
20 N. Orange Ave., 14th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone: 407-420-1414
Facsimile: 407-245-3401
Email: rmorgan@forthepeople.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
Case No.: 2:16-cv-650-FtM-99MRM

MICHAEL BOLES,

    Plaintiff,

vs.

HAVEN FORT MYERS, LLC, a Florida Limited Liability Company, HAVEN HOSPITALITY CONCEPTS, LLC, a Delaware Limited Liability Company, EC SQUARD, LLC, a Florida Limited Liability Company, CHUCK THAKKAR, Individually, BRAD COZZA, Individually, NILOY THAKKAR Individually, and SALONI THAKKAR Individually,

    Defendants.
_____/

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I served a copy of the foregoing Defendants Rule 68 Offer of Judgment to Plaintiff, MICHAEL BOLES on all counsel of record identified on the attached Service List in this matter identified.

This 5th day of January, 2018. Respectfully submitted,

    /s/ Lowell J. Kuvin
    Lowell J. Kuvin, Esquire
    Florida Bar Number: 53072
    Law Office of Lowell J. Kuvin, LLC.
    17 East Flagler Street, Suite 223
    Miami, Florida 33130
    Tel: 305-358-6800
    Fax: 305-358-6808
    E-mail: Lowell@kuvinlaw.com
    ***Attorney for Defendant***

Service List

**C. Ryan Morgan, Esq.**
Fla. Bar No.: 0015527
*Morgan & Morgan, P.A.*
20 N. Orange Ave., 14th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone: 407-420-1414
Facsimile: 407-245-3401
Email: rmorgan@forthepeople.com
*Attorneys for Plaintiff*